**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-13-189 |
| SASHA CHIARA RATTA | § § § § | |

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry No. 26). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | July 8, 2013 |
| Responses are to be filed by: | July 22, 2013 |
| Pretrial conference is reset to: | **July 29, 2013 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **August 5, 2013 at 9:00 a.m.** |

SIGNED on May 8, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge